JS-6

1  GLANCY BINKOW & GOLDBERG LLP
2  LIONEL Z. GLANCY (134180)
   MARC L. GODINO (182689)
3  1925 Century Park East, Suite 2100
4  Los Angeles, CA  90067
   Telephone:   (310) 201-9150
5  Facsimile:    (310) 201-9160
6  Email: info@glancylaw.com

7  *Attorneys for Plaintiff*

8

9

10                     UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

13  SHANE LEE, on Behalf of Himself and         Case No. CV 14-3794-GW(CWx)
    All Other Persons Similarly Situated,
                                                Hon. George H. Wu
14                Plaintiff,
                                                **ORDER OF DISMISSAL OF**
15       v.                                     **ACTION WITH PREJUDICE**

16  WHOLE FOODS MARKET                          **[F. R. Civ. P. 41(a)]**
17  CALIFORNIA, INC., a California
    Corporation, and DOES 1 THROUGH
18  100,
19                Defendant.
20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

304882.1

Pursuant to the Parties' stipulation, Federal Rule of Civil Procedure 41(a)(2), and good cause appearing therefore, the Court hereby orders dismissal of the entire action as follows:

1. All individual claims for relief alleged by Plaintiff on behalf of himself shall be dismissed with prejudice;

2. All claims alleged by Plaintiff on behalf of any class he is alleged to represent are dismissed without prejudice; and

3. The Parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: April 16, 2015

_____
Hon. George H. Wu
United States District Judge